■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. LAWRENCE G. NUSBAUM, III, Admitted in 1987, at a Term of the Appellate Division, Second Department. [713 NYS2d 679] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See,* 247 AD2d 158.]